JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

CESAR-ALEJANDRO MARAVILLA-HERNANDEZ,

Petitioner,

v.

FERENTI SEMAIA, et al.,

Respondents.

Case No. EDCV 26-6368-AS

**JUDGMENT**

Pursuant to the Memorandum Decision and Order,

The Petition is GRANTED IN PART.

DATED: November 17, 2026

/s/

ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE